**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 07-MJ-00117-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DANIEL GEORGE SILVA,**

**Defendant.**

---

**ORDER AMENDING CONDITIONS OF BOND**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

 The Defendant was arrested in the District of New Mexico on charges out of the District of Colorado and placed on a bond with special conditions. After reviewing the Pretrial Services Officer's report and verbal consultation with the Pretrial Services Officer;

 **IT IS HEREBY ORDERED** that in addition to the conditions of bond imposed upon the Defendant by the District of New Mexico, the Defendant is ordered to report between the hours of 6:30 a.m. to 7:30 a.m. and 6:30 p.m. and 7:30 p.m. to the Southern Ute Police Department in Ignacio, Colorado for alcohol monitoring and testing. The condition for electronic monitoring will remain and the monitoring unit should be placed upon the Defendant on this date.

 **IT IS FURTHER ORDERED** that once his mother's home can be equipped to comply with the electronic monitoring system, the Defendant will be allowed to move to her residence at 124 County Road 320A, Ignacio, Colorado. The Court will not impose any supervision responsibilities or notification of violation of conditions of bond upon the Defendant's mother.

**DATED: October 12, 2007**

                                **BY THE COURT:**

                                **s/David L. West**

                                **United States Magistrate Judge**