# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge David L. West

**Criminal Case No. 07-MJ-00117-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DANIEL GEORGE SILVE,**

**Defendant.**

## ORDER AMENDING CONDITIONS OF BOND

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

This Court entered an Order Amending Defendant's Conditions of Bond on October 12, 2007 whereby the Defendant was ordered to report between the hours of 6:30 a.m. to 7:30 a.m. and 6:30 p.m. and 7:30 p.m. to the Southern Ute Police Department in Ignacio, Colorado for alcohol monitoring and testing. Subsequent to that Order the Court was informed that the Southern Ute Police Department could no longer handle this monitoring request, therefore:

**IT IS HEREBY ORDERED** to perform random breathalizer tests and urine analysis at the Peaceful Spirits Facility in Ignacio, Colorado.

**DATED: October 13, 2007**

                    **BY THE COURT:**

                    **s/David L. West**

**United States Magistrate Judge**